UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADOLFO ARISTIZABAL, A.K.A. GREGORIO MIRANDA,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 5966 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 : 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on July 5, 2005, granting the government's motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the government's motion for summary judgment is granted.

Dated: Brooklyn, New York
      July 05, 2005

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court